IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ROBERT TATE                            :          CIVIL ACTION
                                       :
      v.                               :
                                       :
PHILLY SHIPYARD, INC., et al.     :          NO. 19-5076

ORDER

AND NOW, this 16th day of April, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of Philly Shipyard, Inc., Greg Tucker, and Keith Russel (the "Shipyard Defendants") to dismiss the complaint as to them (Doc. # 16) is GRANTED in part and DENIED in part;

(2) the motion to dismiss as to Count I of the complaint is GRANTED as to all Shipyard Defendants;

(3) the motion to dismiss Counts II and III of the complaint are GRANTED as to individual defendants Greg Tucker and Keith Russel; and

(4) the motion to dismiss Counts II and III of the complaint is DENIED as to defendant Philly Shipyard, Inc.

BY THE COURT:

/s/ Harvey Bartle III
                         J.