IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ROBERT TATE                           :        CIVIL ACTION
                                      :
        v.                            :
                                      :
PHILLY SHIPYARD, INC., et al.         :        NO. 19-5076

ORDER

AND NOW, this 16th day of April, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of Signal Mutual Indemnity Association, Inc. and Karla Carney to dismiss the complaint as to them (Doc. # 19) is GRANTED in part and DENIED in part;

(2) the motion to dismiss Counts I, II, III, and IV of the complaint is GRANTED; and

(3) the motion to dismiss Count V of the complaint is GRANTED except is DENIED with respect to the allegation that defendant Karla Carney counselled plaintiff as to his duties and obligations under the Longshore and Harbor Workers' Compensation Act.

BY THE COURT:

/s/ Harvey Bartle III
                    J.